Jeffrey ASKANAZI, M.D.,
Plaintiff–Appellant,

v.

Bryan BLEDSOE; Captain Kidde; Lieutenant Johnson, S.I.S.; Ron Hammond, Doctor, FCI Morgantown; Officer Cutright, FPC Beckley, Defendants–Appellees.

No. 01–7401.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Jeffrey Askanazi, Appellant Pro Se. Helen Campbell Altmeyer, Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Askanazi, M.D., appeals the district court's order denying relief on his *Bivens* complaint.* We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Askanazi v. Bledsoe,* No. CA–00–148–1 (N.D.W.Va. Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

---

* Because Appellant is a federal prisoner, we construe this action as brought pursuant to *Bivens v. Six Unknown Named Agents of Fed.*

fore the court and argument would not aid the decisional process.

*AFFIRMED.*

*Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).